IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAKAIL HARDY, #234590, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 21-0319-CG-B |
| CO I HARRIS, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge entered on June 15, 2023 (Doc. 40) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.

**DONE and ORDERED** this 17th day of July, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE