# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MAKAIL HARDY, #234590,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-0319-CG-B |
| | ) |
| **CO I HARRIS, et al.,** | ) |
| | ) |
| Defendants. | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this matter is **DISMISSED** without prejudice for failure to comply with the court's order and to prosecute this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 17th day of July, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE